# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Vaelii Clifton Taliaoa,<br><br>Petitioner<br><br>v.<br><br>Jeremy Bean, *et. al.*,<br><br>Respondents. | Case No.: 2:24-cv-01853-JAD-BNW<br><br>**Order Granting Unopposed<br>Motion for Extension of Time**<br><br>[ECF No. 8] |

Petitioner moves for a 90-day enlargement of time to file his amended petition.[1] This is his first request for an extension of this deadline. So, with good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 8] is GRANTED. Petitioner has up to and including May 8, 2025, to file his amended petition.**

Dated: February 12, 2025

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 8.