# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Vaelii Clifton Taliaoa, | Case No.: 2:24-cv-01853-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Unopposed Motion for Extension of Time** |
| Jeremy Bean, *et. al.*, | |
| Respondents | [ECF No. 10] |

Counsel for petitioner moves for a 90-day enlargement of time to file an amended petition, noting that the record in this case is voluminous, an investigator was recently assigned and is only beginning his work, and that additional time is needed to complete counsel's review.[1] This is petitioner's second request for an extension of this deadline. With good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 10] is GRANTED. Petitioner has up to and including August 6, 2025, to file his amended petition.**

Dated: May 18, 2025

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 10.