**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Vaelii Clifton Taliaoa, | Case No.: 2:24-cv-01853-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Unopposed Motion for Extension of Time** |
| Jeremy Bean, *et. al.*, | |
| Respondents. | [ECF No. 12] |

Counsel for petitioner moves for a final 70-day enlargement of time to file an amended petition, noting that her review and investigation into potential claims is ongoing, and the one-year statute of limitations for filing a petition has not yet expired.[1] This is petitioner's third request for an extension of this deadline. With good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 12] is GRANTED. Petitioner has up to and including October 15, 2025, to file his amended petition.**

Dated: August 8, 2025

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 12.